**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Edward Grady PARTIN, Defendant-Appellant.**

**No. 30066**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Oct. 6, 1970.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

557

Louis B. Merhige, Baldwin & Merhige, New Orleans, La., for defendant-appellant.

Walker B. Comegys, Acting Asst. Atty. Gen., Gerald J. Gallinghouse, U. S. Atty., Richard W. McLaren, Atty., U. S. Dept. of Justice, Washington, D. C., Howard E. Shapiro, George Edelstein, Attys., Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

The appeal is dismissed for lack of jurisdiction. 28 U.S.C. § 1291. Heike v. United States, 217 U.S. 423, 30 S.Ct. 539, 54 L.Ed. 821.